1  Carlos L. Juárez, Esq.          SBN 86196
   Law Office of Juárez & Vega
2  306 West 2nd Street, Suite 300
   San Bernardino, CA 92401
3  Phone:     (909) 889-0485
   Fax:       (909) 384-0952
4  E-Mail:    rosalindamedel@yahoo.com
              juarezlaw52@yahoo.com
5

6

7  Attorney for Defendant, **Eugene Van Houten**

8

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                      EASTERN DIVISION

12 | **United States of America**      )   Case No.:   ED CR 06-3-VAP
                        Plaintiff,     )
13                                     )   [Proposed] Order Authorizing Additional
       vs.                             )   Funds for Investigator Services
14                                     )
   **Eugene Van Houten**               )
15                      Defendant.     )

16       **GOOD CAUSE APPEARING:**

17       **THEREFOR**, based upon the request of Defendant, **Eugene Van Houten**, the declaration

18 of his counsel, Carlos L. Juárez, and the supporting Memorandum of Points and Authorities.

19       **IT IS HEREBY ORDERED** that counsel for Defendant be, and hereby is, authorized to

20 obtain additional services of *Gonzalez Exclusive Investigations* as investigator for the Defendant

21 in the above-captioned matter, provided that *Gonzalez Exclusive Investigations* shall bill at an

22 hourly rate not to exceed $55.00 per hour plus any reasonably necessary expenses, and further

23 provided that he shall not be compensated in excess of $3,000.00 exclusive of reimbursement for

24 expenses reasonably incurred, absent further order of this Court.

25 Dated: Aug 9 2008

26                                          HONORABLE VIRGINIA A. PHILLIPS
                                            UNITED STATES DISTRICT JUDGE
27

28

# PROOF OF SERVICE

**State of California      )**
**County of San Bernardino  )**

I, Rosalinda Espinoza, declare: I am and was at the time of service of the paper herein referred to over 18 years of age, resident and employed in the County of San Bernardino, State of California in which county the within mentioned mailing occurred, and I am not a party to the subject cause. My business address is 306 West 2nd Street, Suite 300, San Bernardino, California.

On July 14, 2008, I served a true and correct copy of:

**Order Authorizing Additional Funds for Investigator Services**

by placing a true and correct copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addresses respectively as follows:

Joseph Johns
Assistant United States Attorney
312 North Spring Street
Los Angeles, CA 90012

☐    BY FAX/TELECOPIER    I cause such documents to be sent via telecopier to the following phone number:

☐    BY PERSONAL DELIVERY    I cause such envelop(s) to be personally delivered at the above address at 1:45 p. m.

☒    BY MAIL    I cause such envelope(s) with postage a thereon fully prepaid to be placed in the United States mail at San Bernardino, California

☐    STATE    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    FEDERAL    I declare that I am employed in the office of member of the bar of this Court as whose direction service was made.

Executed on July 14, 2008, at San Bernardino, California.

*/s/ Rosalinda Espinoza*

Order Authorizing Additional Funds for Investigator Services
ED CR 06-3-VAP
- 2 -

Carlos L. Juarez, Esq.
Law Office of Juarez & Vega
306 West 2nd Street, Suite 300
San Bernardino, CA 92401
Phone: (909) 889-0485
Fax: (909) 384-0952
E-Mail: rosalindamedel@yahoo.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | ED CR 06-3-VAP |
| v. | |
| Eugene Van Houten | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

1. Ex-Parte Application for an Order Authorizing Additional Funds for Services of Investigator & Proposed Order Thereon.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☑ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
Local Rule 79-5.4(h)

| July 11, 2008 | Carlos L. Juárez, Esq. |
|---|---|
| Date | Attorney Name |
| | Eugene Van Houten |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)    NOTICE OF MANUAL FILING

# Notices

5:06-cr-00003-VAP USA v. Van Houten, et al

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Juarez, Carlos on 7/14/2008 at 11:38 AM PDT and filed on 7/14/2008
**Case Name:**         USA v. Van Houten, et al
**Case Number:**       5:06-cr-3
**Filer:**             Dft No. 1 - Eugene Van Houten
**Document Number:** 89

**Docket Text:**
NOTICE of Manual Filing of Ex-Parte Application for an Order Authorizing Additional Funds for Services of Investigator & Proposed Order Thereon filed by Defendant Eugene Van Houten (Juarez, Carlos)


**5:06-cr-3-1 Notice has been electronically mailed to:**

Carlos L Juarez    rosalindamedel@yahoo.com

Dorothy Kim    USACAC.Criminal@usdoj.gov, dorothy.kim@usdoj.gov

**5:06-cr-3-1 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Owner\My Documents\Client Files\Van Houten, Eugene\Notice of Manual Filing 7-14-08 0001.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/14/2008] [FileNumber=6161495-0]
[2d99ad12fc78727c21b58a5759c541c04f93f80f258a443 15a9ddfb9c46b24775aca
53e91864f13f3f8a3c2151877e656254b37abddbd2cb8185aad0dd199cb5]]